IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 13 |
| | ) | |
| EDWARD N. ROGERS and | ) | 14 B 46268 |
| CYNTHIA R. SOLOMON-ROGERS, | ) | |
| Debtors | ) | JUDGE PAMELA S. HOLLIS |
| | | (Joliet Court) |

## N O T I C E   O F   M O T I O N

TO:  Glenn Stearns, Trustee, 801 Warrenville Road, suite 650, Lisle, IL 60532
         (via electronic notice)
      Edward and Cynthia Rogers, 1406 N. Brentwood Place, Joliet, IL 60435
         (via mail)
      See attached service list:

   PLEASE TAKE NOTICE that on the 7th day of June, 2019 at the hour of 10:45 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable **PAMELA S. HOLLIS**, Bankruptcy Judge, Joliet City Hall, 150 West Jefferson, 2nd floor, Joliet, Illinois, and then and there present the attached Motion to Sell Real Estate, at which time and place you may appear, if you so see fit.


                              _/s/ Marc C. Scheinbaum_
                              Marc C. Scheinbaum (# 6180394)
                              P. O. Box 5009
                              Vernon Hills, IL  60061
                              847-636-4676




| | | |
|---|---|---|
| STATE OF ILLINOIS | ) | |
| | ) ss | |
| COUNTY OF C O O K | ) | |

        I, Marc C. Scheinbaum, duly sworn on oath, state that I placed a copy of this Notice and attached Motion to the Debtors and Creditors on the attached service list in a properly addressed, stamped and sealed envelope at the U. S. Mails at Vernon Hills, IL, and served the Chapter 13 Trustee and several Creditors as noted by electronic notice, this 22nd day of May, 2019.

                              _/s/ Marc Scheinbaum_

Service List:

Carrington Mortgage Services          (via electronic notice)
c/o Codilis & Associates, PC
15W030 North Frontage Road
Burr Ridge, IL 60527

Ally Financial
P O Box 130424
Roseville, MN 55113-0004

First Merit Bank                      (via electronic notice)
c/o Weltman, Weinberg & Reis
180 N. LaSalle Street, # 2400
Chicago, IL 60601

A T & T Universal Card
c/o eCAST Settlement Corp
P O Box 29262
New York City, NY 10087-9262

Corporate America Family C U
2075 Big Timber Road
Elgin, IL 60123-1140

Discover Bank
P O Box 3025
New Albany, OH 43054-3025

JC Penney's / Home Depot /
Lord & Taylor
c/o Portfolio Recovery Associates, LLC
P O Box 41067
Norfolk, VA 23541

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: ) | CHAPTER 13 |
| ) | |
| EDWARD N. ROGERS and ) | 14 B 46268 |
| CYNTHIA R. SOLOMON-ROGERS, ) | |
| Debtors ) | JUDGE PAMELA S. HOLLIS |
| ) | (Joliet Court) |

## MOTION TO SELL REAL ESTATE

Now come EDWARD N. ROGERS AND CYNTHIA R. SOLOMON-ROGERS, Debtors herein, by and through Marc C. Scheinbaum, and in support of their Motion to Sell Real Estate, respectfully represents unto this Honorable Court as follows:

1. The voluntary petition for relief under Chapter 13 was filed on behalf of the Debtors on December 31, 2014.

2. The confirmed plan proposed to pay a 24% dividend to all GUCs who filed timely claims. The plan will complete in 7 months.

3. Edward Rogers has been relocated to Tennessee for his job with Canadian National Railroad.

4. Because of this relocation, the Debtors will be selling their residence at 1406 N. Brentwood Place, Joliet, IL.

5. The gross sales price of the accepted offer is $196,600 and the Debtors will receive net proceeds of approx. $61,000. During the past 4 years, the Debtors did a number of improvements to the kitchen and bathrooms which partially accounts for this increase in value.

6. At the time the Debtors filed this Chapter 13, they claimed a homestead exemption of $30,000. By the completion of the Chapter 13, GUCs will have received approx. $34,000.

7. Because the GUCs have received more than they would have under a Chapter 7 liquidation analysis, even including the home's appreciation and upgrades, the Debtors respectfully request that hey be allowed to keep the net proceeds with no turn over of any funds to the Chapter 13 Trustee.

8. The Debtors' are not requesting any changes to their plan and will make the remaining plan payments.

9. No Creditor will be harmed by the entry of the order allowing the Debtors to sell their residence with no turn over of any additional funds to the Trustee.

WHEREFORE, EDWARD N. ROGERS and CYNTHIA R. SOLOMON-ROGERS, Debtors herein, prays for the entry of an Order to Sell Real Estate with no turn over of any additional funds to the Chapter 13 Trustee, and for such other and further relief as the Court shall deem proper.

Respectfully submitted,

*/s/ Marc C. Scheinbaum*

Marc C. Scheinbaum, Attorney for the Debtors

MARC C. SCHEINBAUM (#6180394)
SCHEINBAUM & WEST, LLC
P.O.Box 5009
Vernon Hills, IL  60061-5009
847-636-4676